377 A.2d 164

Commonwealth, Appellant, v. Breslin.

Submitted June 14, 1976. Thomas S. Long and Frederick S. Wolfson, Assistant District Attorneys, for Commonwealth, appellant; Wiley P. Parker, Assistant Public Defender, for appellee.

Order affirmed.